# EXHIBIT A

**From:** Iraq Research [mailto:iraq.research2009@googlemail.com]
**Sent:** Thursday, November 05, 2009 8:16 AM
**To:** FOIA Status
**Subject:** Target date for FOIA expedited request

Dear Sir / Madam,

An expedited Freedom of Information request was submitted by Greg Muttitt on 15/08/09. For your convenience the wording of that request can be found below, although please refer to the original document for the full case.

It has now been approximately 60 working days since the date of the initial request, which far exceeds the 10 day response deadline required for expedited requests.

==Pursuant to 5 U.S.C. 552(a)(7)(B)(ii), I therefore formally request that you provide me with an estimated date on which you will complete action on this request. A mere statement of its place in your queue will not satisfy this status request.==

Sincerely,

Sophie Roumat, for Greg Muttitt.

-----------------------------------------------

**Freedom of Information Act expedited request: February 2007 Iraq cables**

Pursuant to the Freedom of Information Act (5 U.S.C. 552), I hereby request that copies be provided to me, via your expedited handling procedure, of:

All cable traffic to and from the U.S. Embassy in Baghdad, dated between February 6 and February 28, 2007, on the subject of the Iraq oil law.

In order to help you locate this information, please note:

- The law is also sometimes known as the hydrocarbon law, the petroleum law, or the oil and gas law. It may also be referred to as a bill rather than a law.

- During February 2007, there was growing Iraqi public criticism of the law, including at conferences held in Basra on February 6, and in Amman on February 17.

- Passage of the law was one of the benchmarks articulated in President Bush's New Way Forward, on January 10, 2007, and became a major focus of diplomacy, technical assistance and capacity building in Iraq.

- Achieving this policy was the primary priority of Ambassador Zalmay Khalilzad, during this period. He met with Kurdish leaders Masoud Barzani and Jalal Talabani at Dukan in Sulaimaniya province, Iraq, on February 24, 2007.

- The Iraqi cabinet approved the text of the oil law on February 26, 2007.

from Iraq Research <iraq.research2009@googlemail.com>
to FOIAStatus@state.gov
dateThu, Nov 5, 2009 at 2:13 PM
subjectTarget date for FOIA expedited request

Dear Sir / Madam,

An expedited Freedom of Information request was submitted by Greg Muttitt on 04/10/09. For your convenience the wording of that request can be found below, although please refer to the original document for the full case.

It has now been 25 working days since the request was submitted. The FOIA states that a determination is required within 10 days of an expedited request.

Pursuant to 5 U.S.C. 552(a)(7)(B)(ii), I therefore formally request that you provide me with an estimated date on which you will complete action on this request. A mere statement of its place in your queue will not satisfy this status request.

Sincerely,

Sophie Roumat, for Greg Muttitt.

------------------------------------------------

Freedom of Information Act expedited request: Meghan O'Sullivan

Pursuant to the Freedom of Information Act (5 U.S.C. 552), I hereby request that copies be provided to me, via your expedited handling procedure, of:

- Hide quoted text -
All releasable documents relating to the work of Meghan O'Sullivan in Iraq, between June 1, 2007 and October 1, 2007.

During that time, Dr. O'Sullivan was Presidential Envoy to Iraq; the primary purpose of her work was to press Iraqi politicians to achieve a set of 'benchmarks', which had been set out by the President and by Congress. Foremost among those benchmarks was passage of an oil (hydrocarbon) law to govern the management of the Iraqi oil sector, the text of which had been approved by the Iraqi cabinet in February 2007.

Please search the records of the U.S. Embassy in Baghdad, the Iraq Desk within the Office of Near Eastern Affairs, and the Office of the Secretary of State.

Specifically, please send me:

- Cable traffic to and from the Embassy in Baghdad, which refers to Dr. O'Sullivan's work.

- Emails to and from Dr. O'Sullivan.

- Policy papers, briefings and reports authored by Dr. O'Sullivan.

- Minutes of meeting attended by Dr. O'Sulllivan.

iraq.research2009@googlemail.com
to FOIAStatus@state.gov
date Fri, Nov 6, 2009 at 6:34 PM
subject Target dates for other three requests

Dear Sir/Madam,

I am writing as assistant to Greg Muttitt.

The following three FOIA requests, two of which are expedited requests, were submitted by Mr. Muttitt between 150 and 26 working days ago. The FOIA specifies that a response ought to be sent within 20 days and that a request for expedited processing should be determined within 10 days.

Pursuant to 5 U.S.C. 552(a)(7)(B)(ii), I therefore formally request that you provide me with an estimated date on which you will complete action on each request. A mere statement of their place in your queue will not satisfy this status request.

For your convenience the wording of each request can be found below, although please refer to the original documents for the full cases.

Sincerely,

Sophie Roumat, on behalf of Greg Muttitt.

-----------------------------------------------------------

**1) Freedom of Information Act expedited request, submitted 19/06/09 (ref. 200905202): Iraq oil law**

Pursuant to the Freedom of Information Act (5 U.S.C. 552), I hereby request that copies be provided to me, via your expedited handling procedure, of:

**All cable traffic to and from the US Embassy in Baghdad, dated between 20 May 2006 and 15 June 2006, on the subject of the Iraq oil law.**

In order to help you locate this information, please note:

- The law is also sometimes known as the hydrocarbon law, the petroleum law, or the oil and gas law. It may also be referred to as a bill rather than a law.

- In early 2006, consultant Ronald N. Jonkers of BearingPoint Inc was appointed, under a State Department-requested USAID contract, as adviser to the Oil Ministry on drafting the oil law, based in the Embassy in Baghdad.1

- The new Iraqi Oil Minister, Hussein (or Husayn) Shahristani announced on 23 May 2006 that he intended to see a law passed to determine the conditions for international

companies to invest in the oil sector. Shortly afterwards, he commissioned Tariq Shafiq, Farouk Qasim and Thamer Ghadban to draft the law.

**(NB: An appeal against denial of expedited handling and denial of fee waiver was submitted 15/08/09. As of yet, no progress appears to have been made on this.)**

**2) Freedom of Information Act expedited request, submitted 13/04/09 (ref. 2009-03039): Iraq oil contracts advice**

Pursuant to the Freedom of Information Act (5 U.S.C. 552), I hereby request that copies be provided to me of:

**Documents relating to advice by U.S. officials to the Iraq Ministry of Oil, on the subject of contracts with international oil companies, between September 1, 2007, and December 31, 2008.**

To help you to identify this information, please see Andrew E. Kramer's article in the New York Times on June 30, 2008, describing the role of the advisers, and indicating that the Department of State took the lead. The article is available at
http://www.nytimes.com/2008/06/30/world/middleeast/30contract.html?_r=1

Following the collapse of the proposed hydrocarbon law in September 2007, the Ministry of Oil began considering signing oilfield development contracts in the absence of the law. Initially, the plans focused on no-bid, short-term (1-2 years) technical service contracts, referred to in the Times article; later the Ministry began to consider tendered, long-term (20 years) risk contracts (misleadingly also referred to as service contracts), and eventually dropped the short-term contracts. I require information relating to both types of contracts.

Specifically, please provide the following types of documents:

- The names[1], status[2], and job titles of U.S. advisers working in the Ministry of Oil;

- Work plans, objectives and terms of reference for those advisers;

- Progress reports on the work by the advisers;

- Memoranda, advice, policy analysis, recommendations, briefing papers and reports, authored by those advisers and submitted either to the Iraq Ministry of Oil or to other staff of the U.S. government (including the Embassy in Baghdad);

- Template contracts or contractual clauses recommended by the advisers;

- Comments by U.S. officials, advisers and consultants on draft contracts;

- Minutes of (internal and external) meetings attended by the advisers.

[1] subject to security restrictions

[2] permanent employee, temporary employee (with dates of employment) or consultant (with name of contractor company)

### 3) Freedom of Information Act request, submitted 14/06/09: *Hard Lessons* references

(NB: On 15/06/09, Mr. Muttitt submitted a Freedom of Information request to SIGIR, which was then referred in part to the State Department. A notification of that referral was sent to us on 20/07/09. For your convenience the wording of part of that request can be found below, with the component referred to the State department in bold.)

Pursuant to the Freedom of Information Act (5 U.S.C. 552), I hereby request that copies be provided to me of the documents listed below, which are referenced in SIGIR's Hard Lessons report. As suggested by your website, I first contacted your Public Affairs team, who emailed me on 8 June to recommend that I submit a formal FOIA request. The documents fall into three categories: a) interviews by SIGIR; b) written submissions to SIGIR; and c) other referenced documents.

**1) Negroponte and Casey, joint mission statement, "A Plan for the Year Ahead:**

**Transition to Self-Reliance," February 7, 2005.**

**2) "U.S. Government Position on Political/Security Principles and Priorities for Iraq Reconstruction," Cable 061748Z APR 05, SECSTATE 6360.**

**3) IRMO Action Memorandum, "Recommended Solutions to Relieve the Ministry of Oil**

**from Hampering Budgetary, Spending, and Procurement Constraints," July 29, 2006.**

**4) Dan Bisbee, Baghdad PRT, "Baghdad Governance," 3rd ed., April 2007.**

**5) Patrick F. Kennedy, "American Embassy Baghdad: Organization and Staffing Report," May 23, 2007.**

**6) ITAO, "ITAO Manning Document," January 25, 2008.**

Preferred format

For the interviews, I would prefer to receive transcripts. If you do not have transcripts, I would be happy with audio recordings. Where practical, I would prefer to receive the information in electronic format – preferably by email. If sent by email, please break up the information such that no single email exceeds 15 megabytes in size.

1 See Congressional Research Service report, http://www.fas.org/sgp/crs/mideast/RL34064.pdf page 24.

fromIraq Research iraq.research2009@googlemail.com
toTuckerSJ@state.gov
dateThu, Nov 5, 2009 at 1:53 PM
subjectTarget date for FOIA expedited request ref: 2009-03039
mailed-bygooglemail.com

Dear Ms Tucker,

A Freedom of Information request (ref: 2009-03039) was submitted by Greg Muttitt on 13/04/09. For your convenience the wording of that request can be found below, although please refer to the original document for the full case. Expedited processing of the request was subsequently sought on 12/06/09.

It has now been over 150 working days since the date of the initial request, and approximately 105 days since the request for expedited handling, which far exceeds the 10 day response deadline required for expedited requests.

==Pursuant to 5 U.S.C. 552(a)(7)(B)(ii), I therefore formally request that you provide me with an estimated date on which you will complete action on this request. A mere statement of its place in your queue will not satisfy this status request.==

Sincerely,

Sophie Roumat, for Greg Muttitt.

-----------------------------------------------

**Freedom of Information Act expedited request ref: 2009-03039 : Iraq oil contracts advice**

Pursuant to the Freedom of Information Act (5 U.S.C. 552), I hereby request that copies be provided to me of:

Documents relating to advice by U.S. officials to the Iraq Ministry of Oil, on the subject of contracts with international oil companies, between September 1, 2007, and December 31, 2008.

To help you to identify this information, please see Andrew E. Kramer's article in the New York Times on June 30, 2008, describing the role of the advisers, and indicating that the Department of State took the lead. The article is available at
http://www.nytimes.com/2008/06/30/world/middleeast/30contract.html?_r=1

Following the collapse of the proposed hydrocarbon law in September 2007, the Ministry of Oil began considering signing oilfield development contracts in the absence

of the law. Initially, the plans focused on no-bid, short-term (1-2 years) technical service contracts, referred to in the Times article; later the Ministry began to consider tendered, long-term (20 years) risk contracts (misleadingly also referred to as service contracts), and eventually dropped the short-term contracts. I require information relating to both types of contracts.

Specifically, please provide the following types of documents:

- The names[1], status[2], and job titles of U.S. advisers working in the Ministry of Oil;

- Work plans, objectives and terms of reference for those advisers;

- Progress reports on the work by the advisers;

- Memoranda, advice, policy analysis, recommendations, briefing papers and reports, authored by those advisers and submitted either to the Iraq Ministry of Oil or to other staff of the U.S. government (including the Embassy in Baghdad);

- Template contracts or contractual clauses recommended by the advisers;

- Comments by U.S. officials, advisers and consultants on draft contracts;

- Minutes of (internal and external) meetings attended by the advisers.


[1] subject to security restrictions

[2] permanent employee, temporary employee (with dates of employment) or consultant (with name of contractor company)