# EXHIBIT B

from FOIA Status FOIAStatus@state.gov

to Iraq Research <iraq.research2009@googlemail.com

date Thu, Nov 5, 2009 at 10:34 PM

subject RE: Target date for FOIA expedited request - 200907495

Ms. Roumat,

The Requester Communications Branch sent a letter acknowledging this request last week, please let me know if you would like me to send a copy of the letter to you.  This request has been assigned case number 200907495.  Also, it has been assigned to the appropriate branch in the Statutory Compliance and Research Division.  Unfortunately, we cannot give a definitive timeframe for the processing of a request.  The timeframe depends on a variety of factors: where the records are kept; how much material must be reviewed; the sensitivity of the material; any coordination with other offices, bureaus, posts, agencies, and governments; and how many requests were received before your request.  We are required to process cases in a first-in, first-out order within the track that the case is assigned.  This request was the 7495th request we received this year and we are processing cases from previous years.  If you are interested in learning more about our processing times, please visit our website www.foia.state.gov and select the document "FOIA Annual Report for 2008" under the "Learn More" heading.

I hope this was helpful.  Please contact us if you have any other questions.

Thank you,

Rosemary


U.S. Department of State

FOIA Requester Service Center

Phone: 202-261-8484

Fax: 202-261-8582

E-mail: FOIAstatus@state.gov

from FOIA Status FOIAStatus@state.gov
toIraq Research <iraq.research2009@googlemail.com>
dateThu, Nov 5, 2009 at 10:34 PM
subjectRE: Target date for FOIA expedited request – 200908517
mailed-bystate.gov

Ms. Roumat,

The Requester Communications Branch also sent a letter acknowledging this request last week as well, please let me know if you would like me to send a copy of the letter to you.  This request has been assigned case number 200908517.  It has been assigned to the appropriate branch in the Statutory Compliance and Research Division.  Unfortunately, we cannot give a definitive timeframe for the processing of a request.  The timeframe depends on a variety of factors: where the records are kept; how much material must be reviewed; the sensitivity of the material; any coordination with other offices, bureaus, posts, agencies, and governments; and how many requests were received before your request.  We are required to process cases in a first-in, first-out order within the track that the case is assigned.  This request was the 8517th request we received this year and we are processing cases from previous years.  If you are interested in learning more about our processing times, please visit our website www.foia.state.gov and select the document "FOIA Annual Report for 2008" under the "Learn More" heading.


I hope this was helpful.  Please contact us if you have any other questions.


Thank you,

Rosemary



U.S. Department of State

FOIA Requester Service Center

Phone: 202-261-8484

Fax: 202-261-8582

E-mail: FOIAstatus@state.gov