# EXHIBIT D

fromIraq Research iraq.research2009@googlemail.com
toHugh.Gilmore@do.treas.gov
dateFri, Nov 6, 2009 at 3:33 PM
subjectTarget date for FOIA request
mailed-bygooglemail.com

Dear Mr. Gilmore,

I am writing as assistant to Greg Muttitt. Mr. Muttitt submitted Freedom of Information request ref. 2009-08-058 on 15/08/09. For your convenience the wording of that request can be found below, although please refer to the original document for the full case.

It has now been approximately 60 working days since the date of the initial request, which far exceeds the 20 day response deadline as specified in the FOIA.

Pursuant to 5 U.S.C. 552(a)(7)(B)(ii), I therefore formally request that you provide me with an estimated date on which you will complete action on this request. A mere statement of its place in your queue will not satisfy this status request.

Sincerely,

Sophie Roumat, on behalf of Greg Muttitt.

--------------------------------------------------------------------------

**FOIA request: International Compact for Iraq**

Pursuant to the Freedom of Information Act (5 U.S.C. 552), I hereby request that copies of be provided to me of:

**All releasable documents (and portions thereof), on the subject of oil and gas, and related to the Preparatory Meeting of the International Compact for Iraq, which took place in Abu Dhabi, on September 10, 2006.**

Specifically, please include the following, insofar as they relate to oil and gas (hydrocarbons):

Notes of the meetings;

- Reports of the working groups, prepared for the meetings;
- Presentations to the meetings;
- Other documents circulated or presented at or for the meetings;
- Government briefings for the meetings;

- Reports on the outcomes of the meetings, and back-to-office reports.

The International Compact for Iraq was initiated on June 16, 2006 at meetings at the United Nations,1 following President Bush's meeting with the Iraqi government on June 13. President Bush tasked Deputy Treasury Secretary Robert Kimmitt to lead U.S. involvement in the Compact.2

Oil and energy constituted one of the foci of the Compact. One of the six principal goals of the Compact was "To develop an energy sector that meets Iraq's energy needs and maximizes the benefits of Iraq's hydrocarbons for all Iraqis". Another subgoal, under the heading of Public Resource Management, was to "Establish a transparent single petroleum account and an equitable petroleum revenue sharing framework".

The Abu Dhabi meeting was the first substantive preparatory meeting for the Compact. Amongst other things, at that meeting, policies related to production sharing agreements, the form of contract which is highly controversial in Iraq, were announced.

1 http://www.iraqcompact.org/en/press/16-jun-06%20UN%20SUPPORT%20IN%20LAUNCH%20OF%20INTERNATIONAL%20COMPACT.pdf

2 http://georgewbush-whitehouse.archives.gov/news/releases/2006/06/20060613-4.html