IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREG MUTTITT | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:10-00202 (BAH) |
| UNITED STATES DEPARTMENT OF STATE | ) ) ) ) | |
| and | ) ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION OF DISMISSAL**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gregory Muttitt and Defendant U.S. Department of the Treasury hereby stipulate to the dismissal of Counts 22, 23, and 24 of Plaintiff's Amended Complaint with prejudice.

2. On February 5, 2010, Plaintiff Gregory Muttitt brought suit in the above-captioned matter. Plaintiff's claims arose out of his August 15, 2009 request to Treasury under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. In his Amended Complaint, Plaintiff included four claims, which alleged that: (1) Treasury violated the FOIA by failing to respond to Plaintiff's FOIA request in twenty days (Count 24); (2) Treasury had constructively denied Plaintiff's request to waive the fees associated with his FOIA request (Count 23); (3) Treasury had constructively denied Plaintiff's request for news media status (Count 22); (4) Treasury had violated the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq., and the FOIA by

refusing to comply with its obligation under 5 U.S.C. § 552(a)(7)(b) to provide Plaintiff an estimated date on which his FOIA request would be completed (Count 26).[1]

3.  On June 1, 2010, Defendant Department of the Treasury filed a Motion to Dismiss the APA and FOIA claims detailed in Count 26 of Plaintiff's Amended Complaint. (Docket No. 16).  That Motion is currently pending before the Court.

4.  Defendant Department of the Treasury produced responsive records to Plaintiff on February 23, 2010 and May 14, 2010, and the parties subsequently resolved Plaintiff's claims under Counts 22, 23, and 24 of the Amended Complaint.  The only issue remaining with respect to Counts 22, 23, and 24 is plaintiff's alleged entitlement to attorney's fees on the claims detailed therein.  The parties have agreed to defer addressing this issue until the conclusion of this litigation.

Dated: January 24, 2011                                          Respectfully submitted,

*s/ Kelly B. McClanahan*                                         TONY WEST
Kelly B. McClanahan, Esq.                                        Assistant Attorney General
DC Bar # 984704
National Security Counselors                                     RONALD C. MACHEN JR.
1200 South Courthouse Road                                       United States Attorney
Suite 124
Arlington, VA 22204                                              ELIZABETH J. SHAPIRO
301-728-5908                                                     Deputy Branch Director
Kel@nationalsecuritylaw.org

                                                                                          /s/ *Jessica B. Leinwand*
                                                                                       JESSICA B. LEINWAND
                                                                                       Trial Attorney (N.Y. Bar)
                                                                                       United States Department of Justice
                                                                                       Civil Division, Federal Programs Branch
                                                                                       20 Massachusetts Avenue N.W.

---

[1] The remaining counts in Plaintiff's Amended Complaint asserted claims against Defendants United States Central Command and the U.S. Departments of Defense and State.  On December 15, 2010, the parties stipulated to dismissal of all claims against Defendants United States Central Command and the Department of Defense. (Docket No. 29).

Washington, D.C. 20530
Tel.:  (202) 305-8628
Fax: (202) 616-8470
Email: Jessica.B.Leinwand@usdoj.gov

*Attorneys for Defendants*