**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GREG MUTTITT,

                Plaintiff,

                v.

DEPARTMENT OF STATE, *et al.*,

                Defendants.

Civil Action No. 10-202 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of Defendant United States Department of State's Motion for Partial Summary Judgment, ECF No. 34, the Plaintiff's Motion for Leave to File Additional Exhibits, ECF No. 50, the memoranda, exhibits, and declarations submitted in support and opposition, and the entire record herein, it is hereby

**ORDERED** that, for the reasons discussed in the accompanying Memorandum Opinion, Plaintiff's Motion for Leave to File Additional Exhibits, ECF No. 50, is DENIED; and it is further

**ORDERED** that, for the reasons discussed in the accompanying Memorandum Opinion, the Defendant United States Department of State's Motion for Partial Summary Judgment, ECF No. 34, is GRANTED IN PART and DENIED IN PART without prejudice. The motion is GRANTED as to (1) the plaintiff's challenges regarding the State Department's fee waiver and expedited processing determinations; (2) the adequacy of the State Department's search efforts in response to the plaintiff's FOIA requests; and (3) the State Department's withholding determinations under FOIA Exemption 1, except for documents N13, NE2, NE4, NE10, and N1. The motion is DENIED without prejudice as to (1) the State Department's determination to withhold documents L2, L10, N3, N4, N5, N13, S3E, NE9, NE11A, and NE11B, in whole or in

part, under both the deliberative process privilege and the attorney-client privilege; (2) the State Department's withholding of documents N13, NE2, NE4, NE10, and N1, insofar as the withholding of those documents was pursuant to Executive Order 13,526 § 1.7(d); and (3) the State Department's efforts to release any reasonably segregable, non-exempt information from documents L2, L10, N3, N4, N5, N13, S3E, NE9, NE11A, NE11B, NE2, NE4, NE10, and N1; and it is further

**ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, if the State Department elects to continue to withhold documents L2, L10, N3, N4, N5, N13, S3E, NE9, NE11A, NE11B, NE2, NE4, NE10, and N1, the State Department shall file jointly with the plaintiff, by March 25, 2013, a proposed scheduling order to govern the timing of further proceedings in this action, including the filing of any further dispositive motions.

**SO ORDERED.**

Date: March 4, 2013

/s/ *Beryl A. Howell*

BERYL A. HOWELL
United States District Judge